UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Glenn Nelson, et al.,            Civ. No. 18-909 (SRN/LIB)

       Plaintiffs,

vs.            **ORDER**

Minnesota Department of
Transportation, et al.,

       Defendants.

---

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That this matter is **DISMISSED without prejudice,** for lack of subject-matter jurisdiction.

2. That Plaintiffs' application to proceed *in forma pauperis* is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

DATED: September 6, 2018          s/Susan Richard Nelson
St. Paul, Minnesota          SUSAN RICHARD NELSON
         United States District Judge